UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
__Eastern__ DIVISION

ARCHDIOCESE OF ST. LOUIS and CATHOLIC CHARITIES OF ST. LOUIS, )
Plaintiff, )
)
)
V. ) Case No.
See attached. )
)
Defendant. )

## VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, _____Jonathan Linas_____, move to be admitted pro hac vice to the bar of this court for the purpose of representing _____Plaintiffs_____ in this matter. In support of this motion, I submit the following information as required by Rule 12.01(E):

(a) Full name of the movant-attorney;
   Jonathan Linas
(b) Address, telephone number and fax number of the movant-attorney;
   77 W. Wacker, Chicago, IL 60601, 312-269-4245, 312-782-8585
(c) Name of the firm or letterhead under which the movant practices;
   Jones Day
(d) Name of the law school(s) movant attended and the date(s) of graduation therefrom;
   Washington University in St. Louis, J.D. 2005
(e) Bars, state and federal, of which the movant is a member, with dates of admission and registration numbers, if any;
   See attached
(f) The movant is a member in good standing of all bars of which movant is a member; the movant is not under suspension or disbarment from any bar; the movant has attached to this motion a certificate of good standing in the bar of the jurisdiction in which the movant resides or is regularly employed as an attorney.

(g) Movant does not reside in the Eastern District of Missouri, is not regularly employed in this district and is not regularly engaged in the practice of law in this district.

Movant attests under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully requests that this motion be granted and that the movant be admitted pro hac vice to the bar of the court to appear in the instant matter.

_____
Signature of Movant

**Defendants:**

**KATHLEEN SEBELIUS, in her official capacity as Secretary of the U.S. Department of Health and Human Services;**

**HILDA SOLIS, in her official capacity as Secretary of the U.S. Department of Labor;**

**TIMOTHY GEITHNER, in his official capacity as Secretary of the U.S. Department of Treasury;**

**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES;**

**U.S. DEPARTMENT OF LABOR; and**

**U.S. DEPARTMENT OF TREASURY.**

## Jonathan M. Linas Bar Admissions

| | |
|---|---|
| 1. Jurisdiction: State of Illinois | |
| Admission Date: 11/09/06 | Bar ID Number: 6290055 |
| 2. Jurisdiction: State of Missouri | |
| Admission Date: 09/21/05 | Bar ID Number: 57972 |
| 3. Jurisdiction: United States District Court for the Western District of Missouri | |
| Admission Date: 09/21/05 | |
| 4. Jurisdiction: United States District Court for the Northern District of Illinois | |
| Admission Date: 06/05/07 | |
| 5. Jurisdiction: United States District Court for the Southern District of Illinois | |
| Admission Date: 04/24/07 | |
| 6. Jurisdiction: United States District Court for the Northern District of Indiana | |
| Admission Date: 11/01/07 | |
| 7. Jurisdiction: United States Court of Appeals for the Seventh Circuit | |
| Admission Date: 02/27/09 | |
| 8. Jurisdiction: United States Court of Appeals for the Eighth Circuit | |
| Admission Date: 06/29/10 | |